IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**NORMAN H. FENTON, DAVID CARNEY-FENTON,** and **LISA CARNEY-FENTON**

        Plaintiffs,

v.

**CITY OF PORTLAND,** an Oregon municipal corporation,

        Defendant.
_____

Civil No. 09-1240-ST

O R D E R

    Norman H. Fenton
    3510 NW Vesta Street
    Portland, Oregon   97219

        Pro Se Plaintiff

    Terence L. Thatcher
    City Attorney's Office
    1221 S.W. Fourth Avenue, Room 430
    Portland , Oregon   97204

        Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Janice Stewart, United States Magistrate Judge, filed Findings and Recommendation on February 16, 2010. Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982). This court has, therefore, given de novo review of the rulings of Magistrate Judge Stewart.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Stewart (#15) dated February 16, 2010 in its entirety.

IT IS HEREBY ORDERED that the City's Motion to Dismiss for Want of Jurisdiction (Ripeness) (#5) is granted.

DATED this   19th   day of March, 2010.

                            /s/ Garr M. King
                            GARR M. KING
                            United States District Judge